ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2014 OCT 22  PM 2: 03

DEPUTY CLERK T. Cullen

BEAULY, LLC
**PLAINTIFF:**

§
§
§
§
V.                                        §
**TAKESHA DUNLAP** AND ALL OCCUPANTS       §
**DEFENDANTS:**                            §
§
§
§
§
§

# 3-14CV-3785L

Case No:_____

#205

## NOTICE OF REMOVAL

## TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant **TAKESHA DUNLAP** AND ALL OCCUPANTS

hereby removes to this Court the state court action described below.

On October 22, 2014, an action was commenced in the County Court of Law 1,  Tarrant
County,  Texas, entitled BEAULY, LLC vs.  TAKESHA DUNLAP AND ALL
OCCUPANTS, Defendant, Case number 2014-003863-1

I.    Defendant was served with summons on July 01, 2014.

II.   Pursuant to N.D. Tex. Local R. 81.1 this notice of removal is accompanied by an

index of documents filed in state court (Exhibit A).

III.  This action is a civil action of which this Court has original jurisdiction under 28

U.S.C. §1332, and is one which may be removed to this Court has jurisdiction over

the state court action pursuant to 28 U.S.C. § 1331 in that it is a civil action between

citizens of different states and the matter in controversy exceeds the sum of $75,000,

exclusive of interest and costs because:

(a) <u>The Amount in Controversy Exceeds the Federal Minimum Jurisdiction</u>
<u>Requirements</u>

   i. The subject real property has a current fair market value of $ 276,500.00 according to the Tarrant Central Appraisal District.

   ii. The amount in controversy is the value of the object of the litigation. See Leininger v. Leininger, 05 F.2d 727,729(5th Cir. 1983).

(b) <u>There is Complete Diversity between Defendants and the Plaintiffs</u>

   i. Defendant TAKESHA DUNLAP et al were, at the time of the filing of this action, have been at all times since, and still are individual resident citizens of the State of Texas.

   ii. Plaintiff BEAULY, LLC, was, at the time of the filing of this action, has been at all times since, and still is a national association with main office in Atlanta, Ga. A national bank is a citizen of the state in which its main office, as set forth in its articles of association, is located. See Wachovia Bank, N.A. v. Schmidt, 126 S.Ct. 941 (2006). Accordingly BEAULY, LLC, is a Citizen of Atlanta, Ga.

   iii. 28 U.S.C § 1332(a) provides that "the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-

      a. Citizens of different states; …"

   iv. 28 U.S.C § 1332(a) (1) For purposes of diversity, an individual is a citizen of the state of their domicile, which is the place of their true, fixed, and permanent home and principal establishment, to which they have the intention of returning home whenever they are absent there from. *See Stine v. Moore,* 213 F.2d 446, 448 (5th Cir. 1954).

     v.  As the Defendant , TAKESHA DUNLAP  is a citizen of the State of Texas and the Plaintiff, BEAULY, LLC, is a citizen of  Atlanta, Ga. but not Texas, complete diversity of  citizenship exists between Plaintiff and Defendants.

  (c) Pursuant the 28 U.S.C. § 1332(a), this court has original jurisdiction over this matter as the amount in controversy meets the federal jurisdiction minimum and there is a complete diversity of citizenship between the Plaintiff and Defendants.

WHEREFORE, defendant TAKESHA DUNLAP  pray that this action be removed to the United States District Court For The Northern District of Texas Dallas Division.

Dated: October 22, 2014

                    Respectfully Submitted,

                    TAKESHA  DUNLAP  BELL
                    705 CHAMPION WAY
                    MANSFIELD, TEXAS 76063
                    817-682-1118

By _____
           TAKESHA DUNLAP BELL (occupant)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon the Attorney, for the Plaintiff via Certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 22nd day of October, 2014  as follows:


BEAULY, LLC
P.O. BOX 13489
ATLANTA, GA 30324
770-609-1065
770-723-0106  FAX

TAKESHA DUNLAP-BELL (occupant)

CASE: <u>2014-003863-1</u>

| | | |
|---|---|---|
| Beauly, LLC | § | IN THE COUNTY COURT |
| vs | § | |
| Takesha Dunlap and all occupants | § | AT LAW NO. 1 |
| | § | |
| | § | TARRANT COUNTY, TEXAS |
| | § | |

<u>O R D E R</u>
(NON-JURY DOCKET)

IT IS ORDERED THAT THE ABOVE-STYLED AND NUMBERED CAUSE IS SET FOR TRIAL, IN ACCORDANCE WITH LOCAL RULE 3.01, IN THE COURTROOM OF TARRANT COUNTY COURT AT LAW NO. 1 ON <u>FRIDAY, OCTOBER 24, 2014</u> AT <u>9:00 AM</u>.

SIGNED <u>ON THIS THE 9TH DAY OF OCTOBER, 2014</u>.

_____
JUDGE PRESIDING

<u>LOCATION OF COURTROOM</u>
Old Tarrant County Courthouse
4th Floor-County Court At Law #1
100 W. Weatherford Street, Room 490
Fort Worth Texas  76196-0401
817-884-1457

IN THE EVENT ANY WITNESSES WILL HAVE <u>ANY</u> DIFFICULTY SPEAKING OR UNDERSTANDING ENGLISH, PLEASE MAKE ARRANGEMENTS FOR AN <u>INTERPRETER.</u>

YOU ARE GOING TO TRIAL
NO FURTHER NOTICE WILL BE GIVEN
PLEASE APPEAR WITH YOUR WITNESSES AT THE ABOVE STATED DATE AND TIME.

Takesha Dunlap
705 Champion Way
Mansfield TX  76063

CASE No. 2014-003863-1

FILED
TARRANT COUNTY CLERK

2014 AUG -6 PM 12: 21

MARY LOUISE GARCIA
COUNTY CLERK

BY_____

BEAULY, LLC
     Plaintiff:

V.
TAKESHA DUNLAP AND ALL OTHER
OCCUPANTS
     Defendant:

§
§
§
§
§
§
§
§
§
§

IN THE COUNTY COURT

AT LAW # 1

TARRANT COUNTY, TEXAS

## ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant, TAKESHA DUNLAP, AND ALL OTHER OCCUPANTS, and files this Original Answer for the above case and shows:

### 1. *General Denial*

Defendant enters a general Denial.

Respectfully Submitted,

TAKESHA DUNLAP BELL
705 CHAMPION WAY
MANSFIELD, TEXAS 76063
817-682-1118

By_____
TAKESHA DUNLAP BELL

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the attorney of record or party by

hand delivery, FAX or prepaid first class mail at the last known address in accordance

with Texas Rules of Civil Procedure on August 06, 2014.

TAKESHA DUNLAP BELL

BEAULY, LLC
P.O. BOX 13489
ATLANTA, GA 30324
770-609-1065
770-723-0106  FAX

2014 JUL 11 PM 3: 20

**Cause Number:** JP07-14-E00074996

BEAULY LLC
_____
**PLAINTIFF**

**IN THE JUSTICE COURT**

**VS**

**PRECINCT 7**

TAKESHA DUNLAP AND ALL OCCUPANTS
_____
**DEFENDANT**

**TARRANT COUNTY, TEXAS**

## PAUPER'S AFFIDAVIT FOR APPEAL BOND

BEFORE ME, the undersigned authority, on this day personally appeared
___TAKESHA DUNLAP AND ALL OCCUPANTS_____, Plaintiff/<u>Defendant</u> in the above-styled and
numbered cause, and as appellant, desires to appeal to the County Court of
Tarrant County, Texas; and being by me duly sworn, on oath states that, on the
___8th___ day of ___JULY___, 20_14_, in the above-styled and numbered
cause, before TOM CORBIN, the Justice of the Peace of Precinct 7, Tarrant
County, Texas, _____BEAULY LLC_____, <u>Plaintiff</u>/Defendant, appellee,
recovered judgment against ____TAKESHA DUNLAP AND ALL OCCUPANTS____, appellant, for
the sum of $___0.00____, plus costs of suit, and that appellant is unable
to pay the costs of appeal or any part thereof, or to give security thereof or any
part thereof.

## <u>APPELLANT INFORMATION</u>:

I am (check one) _____ Married __x__ Single _____ Divorced
Number and ages of dependants and where do they reside: _____
___Samonta Dunlap (18) & Seonta Dunlap (12)   705 Champion Way Mansfield, Tx 76063_____

Employed by: _____Unemployment_____
Address of Employer: __Ft Worth, Tx_____
My earnings are: $ _____N/A_____ per week, $ ___900.00___ per month

I have other income as follows including any governmental entitlement income
(state source and amount):___N/A_____

Amount of Monthly Court Ordered Support $___N/A_____

1

## I OWN THE FOLLOWING PROPERTY:

HOME (Address): _____ N/A _____

Monthly payment: $ _____ 400 _____   Balance Owed: $ _____ 10,245 _____

List Car/Truck Owned: _____ 2006 Infiniti G35 _____

Monthly payment: $ _____ N/A _____   Balance Owed: $ _____ N/A _____

Other Land, Buildings, etc. Owned: _____ N/A _____

Notes, Mortgages, Trust Deeds: _____ N/A _____

Monthly payment: $ _____   Balance Owed: $ _____

Other Vehicles or Mobile Homes: _____

Savings Bonds (Present Value) $ _____ N/A _____

Stocks & Bonds (Description, Value) $ _____ N/A _____

I have the following money:

| | | |
|---|---|---|
| A. In Jail | $ _____ N/A _____ | E. In Safety deposit box $ _____ N/A _____ |
| B. At Home | $ _____ N/A _____ | F. Being Held/Owed to Me $ _____ N/A _____ |
| C. In Checking Accounts | $ _____ N/A _____ | G. Other $ _____ N/A _____ |
| D. In Savings Accounts | $ _____ N/A _____ | |

## INFORMATION ON SPOUSE:

Name: _____ N/A _____

Employed by: _____

Address of Employer: _____

His/Her Earnings are: $ _____ per week   $ _____ per month

I AM UNABLE TO PAY THE COSTS OF APPEAL OR FILE AN APPEAL BOND. I VERIFY THAT THE STATEMENTS MADE ~~IN THIS AFFIDAVIT~~ ARE TRUE AND CORRECT.

_____
Signature of Appellant

SUBSCRIBED AND SWORN TO BEFORE ME this 11th day of July, 20 14.

MARISOL HERNANDEZ
My Commission Expires
December 7, 2016

_____
Notary Public in and for the State of Texas/
Clerk of the Justice Court

Approved this _____ day of _____, 20 _____.

_____
A Justice of the Peace in and for Precinct 7
Tarrant County, Texas

2

**Mary Louise Garcia**
Tarrant County Clerk
100 W. Weatherford St.
Ft. Worth, Texas 76196-0401

July 29, 2014

Takesha Dunlap and all occupants
705 Champion Way
Mansfield TX 76063

RE: J. P. Appeal, Pct. 7, Cause No.: E74996
A Forcible Detainer

Beauly, LLC vs Takesha Dunlap and all occupants
County Court at Law Case No. 2014-003863-1, Filed 07/29/2014

Dear Sir or Madam,

The above case has been appealed from the Justice of the Peace Court to the County Court at Law No. 1. All pleadings are required by law to be in writing. (Rule 45, TRCP) The style of the case does not change when it is appealed to County Court at Law.

This case is an appeal from an eviction proceeding (Forcible Entry and Detainer). A WRITTEN ANSWER (a formal written statement made by the defendant stating his defense) must be filed within eight (8) full days from the date the appeal was filed in this court as indicated above. If the defendant does not file a written answer with this court within eight days, the allegations of the complaint may be taken as admitted and a judgment by default may be entered accordingly. (Rule 510.12, TRCP)

Cases in County Courts at Law are not automatically set for trial by the court. Either party may set the case for trial in writing. Upon requesting a setting you must forward a copy of your request to the other side. A ten (10) day notice to the other side is required when you request a trial setting.

    a.) Individuals can represent themselves, but may not be represented by any agent other than a licensed attorney.
    b.) Corporations shall be represented by a licensed attorney.
    c.) A general partnership shall be represented by at least one of the general partners or a licensed attorney.
    d.) A limited partnership shall be represented by a general, not a limited, partner or a licensed attorney.

Please keep the above County Court at Law case number and refer to it when inquiring. For information regarding a court setting call the Court Coordinator at (817) 884-2761. For all other information call the Court clerks at (817) 884-1485 or (817) 212-7074.

Mary Louise Garcia, Clerk
County Courts at Law of
Tarrant County, Texas


Teresa Bryant, Deputy

cc:   Beauly, LLC
      PO Box 13489
      Atlanta GA  30324



# TARRANT COUNTY

### FORT WORTH, TEXAS 76196-0240

DON PIERSON

JUDGE

COUNTY COURT AT LAW No. 1

817/884-1457

TRACY WOOD

COURT COORDINATOR

817/884-2761

July 29, 2014

Takesha Dunlap and all occupants
705 Champion Way
Mansfield TX  76063

RE: 2014-003863-1

Beauly, LLC vs Takesha Dunlap and all occupants

Dear Sir or Madam,

The above case has been appealed from the Justice of the Peace Court to County Court at Law No. 1 on a PAUPER'S AFFIDAVIT. Pursuant to Section 25.0020 of the Texas Government Code, if your appeal as a pauper is perfected, you may request a pro bono ("free") attorney to represent you in this case.

While this court _may_ appoint any qualified attorney who is willing to provide services for free, at this time, the only pro bono legal services program in Tarrant County is **Legal Aid of NorthWest Texas**. If you wish to request a free attorney for you in this matter, please contact <u>by phone or in person</u> **Legal Aid of NorthWest Texas** at the following:

**Vivian Quesada**
**Legal Aid of NorthWest Texas**
600 E. Weatherford St.
Fort Worth, Texas  76102

(817) 336-3957, Ext. 5017
(817) 877-0804 (Fax)

**Legal Aid of NorthWest Texas** has limited resources, and can only accommodate a small percentage of the requests it receives. <u>If you desire such an attorney, you must make a request immediately</u>. Please Note: The delay or denial of your request will not delay the trial. If Ms. Quesada does not answer the phone, please leave a message and someone from her office will call you back the same day.

Sincerely,

Don Pierson

cc:   Beauly, LLC

CASE #JP07-14-E00074996
IN THE JUSTICE COURT
PRECINCT SEVEN
TARRANT COUNTY, TEXAS

BEAULY LLC
vs
TAKESHA DUNLAP
AND ALL OCCUPANTS

J U D G M E N T

On the 8th day of July, 2014 came to be heard the above numbered and entitled cause, and the Plaintiff(s), attorney, and announced ready for trial, and the Defendant(s), after being duly cited to appear and properly notified of the trial did not appear but wholly made default, and it appearing to the Court upon good and sufficient evidence that Plaintiff(s) is entitled to recover Judgment.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff(s), Beauly Llc, do have and recover of the Defendant(s), Takesha Dunlap and all occupants, possession of the following described premises situated in Justice Precinct Seven, Tarrant County, Texas, To Wit: 705 Champion Way  Mansfield Tx  76063 and that a Writ of Possession issue to the proper officer commanding him to seize possession of the said above described premises and deliver same to said Plaintiff(s) if Defendant(s) fails to vacate by July 14, 2014 and further that execution issue for collection of all monies due to the Plaintiff(s).

SIGNED THIS 8TH DAY OF JULY, 2014.

Justice of the Peace
Precinct Seven
Tarrant County, Texas



**Matt Hayes**
**Justice of the Peace, Precinct Seven**
**1100 East Broad Street Suite 202**
**Mansfield Texas  76063**
**817-473-5101**
**817-850-2328 Fax**

July 08, 2014

Takesha Dunlap
705 Champion Way
Mansfield Tx  76063

Re:    Case No. JP07-14-E00074996
       Beauly Llc vs Takesha Dunlap

Dear Sir/Madam:

In compliance with the Texas Rules of Civil Procedure, you are hereby notified that a Default Judgment has been rendered against you on this date in the above numbered and styled cause.

If you have any questions regarding this matter, please call 817-473-5101.

Respectfully,


Justice Court Clerk
Justice of the Peace, Precinct Seven
Tarrant County, Texas

***MUST VACATE PREMISES BY MIDNIGHT ON 07/14/2014***

CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. 20_____, AT _____

O'CLOCK, _____.M. AND EXECUTED ON THE _____ DAY OF _____, 20_____, AT

_____ O'CLOCK, _____.M. BY DELIVERING TO _____

_____

DEFENDANT, OR DEFENDANTS, IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT(S) FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES     -        SERVING….. $ _____            _____

                  COP.  ……… $ _____            * CONSTABLE, PCT. NO._____
                                                             TARRANT COUNTY, TEXAS
                  TOTAL…….. $ _____

                                              BY DEPUTY_____
*STRIKE IF NOT APPLICABLE

**** ORIGINAL CITATION IN EVICTION ****

IN THE JUSTICE COURT                              ISSUED:  JUNE 20, 2014
MATT HAYES
JUSTICE OF THE PEACE, PRECINCT SEVEN                        817-473-5101
1100 EAST BROAD STREET SUITE 202                  FAX      817-850-2328
MANSFIELD TEXAS 76063

CASE NO. JP07-14-E00074996

PLAINTIFF(S):
     BEAULY LLC                        PO BOX 13489                    HOME: 770-609-1065, FAX: 770-723-
                                       ATLANTA GA  30324              0106
ATTORNEY(S) FOR PLAINTIFF(S):

                                              VS.
DEFENDANT(S):
     TAKESHA DUNLAP                     705 CHAMPION WAY
                                       MANSFIELD TX 76063             DEFENDANT'S
     AND ALL OCCUPANTS                                                COPY
ATTORNEY(S) FOR DEFENDANT(S):

C07      COURT DATE     JULY 08, 2014  AT   8:30 AM

## SWORN COMPLAINT FOR EVICTION

CASE NO. _E00074996_                 [  ] **With suit for Rent**          Court Date: _7/8/14 @ 8:30 AM_

In the Justice Court, Precinct ___7___ Tarrant County, Texas

**PLAINTIFF:** BEAULY LLC
        **(Landlord/Owner Name)**

**VS.**
**DEFENDANT(S):** TAKESHA DUNLAP AND ALL OTHER OCCUPANTS

| | |
|---|---|
| Rental Subsidy (if any) | $_____ |
| Tenant's Portion | $_____ |
| TOTAL MONTHLY RENT | $_____ |
| The amt. of rent per day is | $_____ |

**COMPLAINT:** Plaintiff (Landlord) hereby complains of the defendant(s) named above for eviction of plaintiff's premises (including storerooms and parking areas) located in the above precinct. Address of the property is:

_705 CHAMPION WAY_                 _MANSFIELD_     _TX_     _76063_
Street Address      Unit No. (if any)       City        State       Zip

1. **SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other service of papers address/addresses (if know) are: _____

2. [  ] **UNPAID RENT AS GROUNDS FOR EVICTION:** Defendant(s) failed to pay rent for the following time period(s): _____ TOTAL DELINQUENT RENT AS OF DATE OF FILING IS: $_____
Plaintiff reserves the right to orally amend the amount at trial to include rent due from the date of filing through the date of trial.

3. [X] **OTHER GROUNDS FOR EVICTION/LEASE VIOLATIONS:** Lease Violations (if other than non-paid rent – list lease violations)t TENANT IS HOLDING OVER AFTER FORECLOSURE

4. [X] **HOLDOVER AS GROUNDS FOR EVICTION:** Defendant(s) are unlawfully holding over since they failed to vacate at the end of the rental term or renewal of extension period, which was the _____ day of _____ and delivered by this method: _____

5. **NOTICE TO VACATE:** Plaintiff has given defendant(s) a written notice to vacate (according to Chapter 24.005 of the Texas Property Code) and demand for possession. Such notice was delivered on the _4_ day of ___JUNE___ and delivered by this method: ___SENT VIA MAIL___

6. **ATTORNEY'S FEES:** Plaintiff will be [  ] or will NOT be [  ] seeking applicable attorney's fees. Attorney's name address phone & fax numbers are _____

7. [  ] **BOND FOR POSSESSION:** If plaintiff had filed a bond for possession, plaintiff request (1) that the amount of plaintiff's bond and defendant's counter bond be set, (2) that plaintiff's bond be approved by the Court, and (3) that proper notice as required by the Texas Justice Court Rules are given to Defendant(s).

**REQUEST FOR JUDGMENT:** Plaintiff rays that defendant(s) be served with citation and that plaintiff have judgment against defendant(s) for: possession of premises, including removal of defendants and defendants' possessions from the premises, unpaid rent IF set forth above, attorney's fees, court cost, and interest on the above sums at the rate stated in the rental contract, or if not so stated. At the statutory rate for judgments under Civil Statutes Article 5069-1.05.

[X] **I give my consent for the answer and any other motions or pleadings to be sent to my e-mail address which is:** rashida@csslive.com

_RASHIDA FORBES_
Petitioner's Printed Name

**DEFENDANT(S) INFORMATION (if known):**
DATE OF BIRTH: _N/A_____
*LAST 3 NUMBERS OF DRIVER LICENSE: N/A_____
*LAST 3 NUMBERS OF SOCIAL SECURITY: N/A_____
DEFENDANT'S PHONE NUMBER: N/A_____
       Sworn to and subscribed before me this _____

Signature of Plaintiff (Landlord/Property Owner) or Agent
P.O BOX 13489
Address of Plaintiff (Landlord/ Property Owner) or Agent
ATLANTA _____ GA _____ 30324
City         State        Zip
770-609-1065 (phone) 770-723-0106 (fax)
Phone & Fax No. of Plaintiff (Landlord/Property Owner or agent
day of _____ 20____

CLERK OF THE JUSTICE COURT OR NOTARY

DOCKET NO. E 74496   DEFENDANT'S NAME: Takesha Dunlap

## AFFIDAVIT

SERVICEMEMBERS CIVIL RELIEF ACT SEC. 201 (b)

**\*To <u>VERIFY</u> Military Status go to website: http://www.dmdc.osd.mil/appj/scra/scraHome.do**

PLAINTIFF BEING DULY SWORN ON HIS OATH DEPOSES AND SAYS UNDER PENALTY OF PERJURY THAT DEFENDANT: **(Please select <u>ONE</u> for DEFENDANT)**

_____   *IS* IN THE MILITARY SERVICE AND *ON* ACTIVE DUTY IN A FOREIGN COUNTRY

OR

_____   *IS* IN THE MILITARY SERVICE AND *NOT* ON ACTIVE DUTY IN A FOREIGN COUNTRY

OR

_X_   *IS NOT* IN THE MILITARY SERVICE
\*(In addition to this affidavit you MUST provide proof of military status before a default judgment can be rendered).

OR

_____   *HAS WAIVED* HIS RIGHTS UNDER THE SERVICE MEMBERS RELIEF ACT OF 2003

OR

_____   PLAINTIFF IS UNABLE TO DETERMINE WHETHER OR NOT DEFENDANT IS IN MILITARY SERVICE
\*(In addition to this affidavit you MUST provide proof of military status before a default judgment can be rendered).

\*I am not providing proof of military status from the governmental web site because

_____

_____

**Sign Here** ➤ _____
SIGNATURE OF PLAINTIFF/AGENT/ATTORNEY FOR PLAINTIFF

SUBSCRIBED AND SWORN TO BEFORE ME THIS _15th_ DAY OF _____, 20_14_

CLERK OF THE JUSTICE COURT
NOTARY PUBLIC IN AND FOR STATE OF TEXAS (STRIKE ONE)

Penalty for making or using false affidavit – A person who makes or uses an affidavit knowing to be false, shall be fined as provided in title 18 United States Code, or imprisoned for not more than one year, or both.

## \*\*CERTIFICATE OF LAST KNOWN ADDRESS\*\*

In strict compliance with Rule 239a, Texas Rules of Civil Procedure, it is hereby certified that the last know mailing address of Defendant is as follows:

_____

**\*\*DEFENDANT'S ADDRESS**                    CITY, STATE AND ZIP CODE

**Sign Here** ➤ _____
SIGNATURE OF PLAINTIFF/AGENT/ATTORNEY FOR PLAINTIFF

Department of Defense Manpower Data Center

Results as of : Jun-16-2014 07:46:54 AM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>DUNLOP</u>
First Name: <u>TAKESHA</u>
Middle Name:
Active Duty Status As Of: <u>Jun-16-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

FILED BY
2014 JUN 19 PM 1: 42
JUSTICE OF THE PEACE
PRECINCT SEVEN
TARRANT COUNTY, TEXAS

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: HA3BSA59R0C6L40



## JUSTICE COURT CASE INFORMATION SHEET (4/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):* E-74G916

STYLED: <u>BEAULY LLC vs TAKESHA DUNLAP AND ALL OTHER OCCUPANTS</u>
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet | | 2. Names of parties in case |
|---|---|---|
| RASHIDA FORBES<br>Name | 770-609-1065<br>Phone No. | Plaintiff(s)<br><br>BEAULY LLC |
| P.O. BOX 13489<br>Address | 770-723-0106<br>Fax No. | |
| ATLANTA, GA 30324<br>City / State / Zip | <br>State Bar No. | Defendant(s)<br>TAKESHA DUNLAP AND ALL OTHER OCCUPANTS |
| RASHIDA@CSSLIVE.COM<br>Email | | [Attach additional page if necessary to list all parties] |
| *(signature)*<br>Signature | | |

**3. Indicate case type, or identify the most important issue in the case** *(select only one)*

☐ *Debt Claim:* A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs, but including attorney fees, if any.

☑ *Eviction:* An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs, but including attorney fees, if any.

## AFTER FORECLOSURE

☐ *Repair and Remedy:* A repair and remedy case is a lawsuit by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair and remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs, but including attorney fees, if any.

☐ *Small Claims:* A small claim case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs, but including attorney fees, if any.

FILED BY:
2014 JUN 19 PM 1: 42
JUSTICE OF THE PEACE
PRECINCT SEVEN
TARRANT COUNTY, TEXAS



## Capital Property Management, LLC

June 3, 2014

To Whom It May Concern:

Capital Property Management, LLC is pleased to advise you that we are the new management company representing the owner, pursuant to a property management agreement, who has just purchased your property. We would be delighted to keep you as a tenant and would be happy to work with you to discuss some available options.

This letter is also serving as your "written notice" to vacate and surrender the property. Capital Property Management, LLC is the management company representing the new owner of the property and demands that you vacate the home.

If you desire to stay in your residence, we will have to submit the application to start the approval process to be able to sign a new lease. We will also be pleased to complete any repairs that affect the safety of you or the home. We look forward to establishing a long-standing relationship with you.

**If you have not paid rent already, DO NOT PAY RENT TO YOUR PREVIOUS OWNER as they no longer own the property.** We can provide documentation to show the property has new ownership and that we are now managing the property. These documents can be supplied to you for verification.

Please contact us and we will be pleased to provide all of the details and answer any questions you may have.

Thank you in advance for your prompt response.



**Capital Property Management, LLC**
1090 Northchase Pkwy Ste 300, Marietta, GA 30067
**Phone: 678-401-5365**

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BEAULY, LLC
  **PLAINTIFF:**        §
                §
                §
**V.**              §
TAKESHA DUNLAP  AND ALL OTHER § Case No: **3 - 1 4 C V - 3 7 8 5 L**
OCCUPANTS        §
  **DEFENDANTS:**      §
                §
                §
                §
                §
                §

## INDEX OF MATERIALS ATTACHED TO NOTICE OF REMOVAL

| No. | Date Filed or Entered | Document |
|:---:|:---:|:---:|
| A. | 10/22/2014 | Index of materials Attached to Notice of Removal |
| B. | 10/22/2014 | Notice of Appeal |
| C. | 10/22/2014 | Original Petition |
| D. | 10/22/2014 | Notice of Appeal |
| E. | 10/22/2014 | Notice of Trial |
|  |  |  |

3-14CV-3785L

JS 44 (Rev. 12/07)

ORIGINAL

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
BEAULY, LLC

**DEFENDANTS**
TAKESHA DUNLAP AND ALL OCCUPANTS

**(b)** County of Residence of First Listed Plaintiff   Atlanta, Ga
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Tarrant County, Texas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED
OCT 2 2 2014
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
BEAULY, LLC
P.O. BOX 13489
ATLANTA, GA 30324      770-609-1065

Attorneys (If Known)
PRO SE

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☒ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1  Original
Proceeding

☒ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to District
Judge from
Magistrate
Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332
Brief description of cause:
Plaintiff trying to take possession of property worth $148,000

**VII. REQUESTED IN
COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S)
IF ANY**
(See instructions):   JUDGE

DOCKET NUMBER

DATE
10/22/2014

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE