IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BEAULY, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:14-CV-3785-L** |
| | § | |
| **TAKESHA DUNLAP BELL AND** | § | |
| **ALL OCCUPANTS,** | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On October 22, 2014, Defendants Takesha Dunlap Bell and All Occupants ("Defendants") removed this action to federal court from County Court at Law Number 1, Tarrant County, Texas. The court *sua sponte* determines that this case should be transferred to the Fort Worth Division of the Northern District of Texas.

The general removal statute provides that, unless Congress has expressly decided otherwise, any "civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). This forcible detainer action was originally filed in the Justice of Peace Court, Precinct No. 7, Tarrant County, Texas, by Beally, LLC against Defendants. On July 8, 2014, default judgment was entered against Defendants, and Beally, LLC was awarded possession of property located at 705 Champion Way, Mansfield, Texas, which, according to the judgment, is situated in Tarrant County. Thereafter, Defendants appealed the judgment in July 2014 to County Court at Law

Number 1, Tarrant County, Texas, where the case was set for hearing or trial on October 24, 2014. As previously noted, Defendants removed the case to federal court on October 22, 2014.

Tarrant County lies in the Fort Worth Division of the Northern District of Texas. 28 U.S.C. § 124(a)(2). Accordingly, the case should have been removed to the Fort Worth Division of the Northern District of Texas. The court therefore *sua sponte* **transfers** this case, pursuant to 28 U.S.C. § 1406(a), to the Fort Worth Division of the Northern District of Texas. The clerk of the court **shall** effect the transfer in accordance with the usual procedure.

**It is so ordered** this 23rd day of October, 2014.

Sam A. Lindsay
United States District Judge

Order – Page 2